IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

v.                                   **Case No. 4:18-cr-00427 KGB**

**TERRANCE WHITFIELD**                                                                         **DEFENDANT**

## ORDER

Pending is defendant Terrance Whitfield motion for adjustment of sentence (Dkt. No. 18). Applying retroactive United States Sentencing Guideline Amendment 821 lowers Mr. Whitfield's criminal history score from 20 to 18, but his criminal history category and guideline range remain the same.[1]  For this reason, the Court denies the motion (Dkt. No. 18).

It is so ordered this 3rd day of September, 2024.

_____
Kristine G. Baker
Chief United States District Court Judge

---

[1] *See* United States Sentencing Guidelines § 1B1.10 (a)(2) ("Exclusions.—A reduction in the defendant's term of imprisonment is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. § 3582(c)(2) if— . . . an amendment listed in subsection (d) does not have the effect of lowering the defendant's applicable guideline range.").